

**UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI**

**DAVID CREWS
CLERK**

301 West Commerce Street, #13
Aberdeen, MS   39730

Telephone:   (662) 369-4952
Facsimile: (662) 369-9569

911 Jackson Avenue, Suite 369
Oxford, MS   38655
Telephone: (662) 234-1971
Facsimile: (662) 236-5210

305 Main Street, Suite 329
Post Office Box 190
Greenville, MS   38701

February 24, 2016

Cynthia Verdise Fuller

v.                                                                Case No. 1:16cv14-NBB-DAS

Eric Sloan, et al


   **PLEASE TAKE NOTICE** that the following party(ies) are in default and Entry of Default should be requested pursuant to Rule 55 of the Federal Rules of Civil Procedure:

Eric Sloan

**Failure to request Entry of Default may result in a party of case being dismissed without prejudice for failure to prosecute.**

DAVID CREWS, CLERK

By:   s/ Jennifer L. Malone
Deputy Clerk/Case Manager