IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CYNTHIA VERDISE FULLER**                                                                         **PLAINTIFF**

**V.**                              **CAUSE NO. 1:16-CV-14-GHD-DAS**

**ERIC SLOAN, in his Individual Capacity; and**
**MONROE COUNTY, MISSISSIPPI**                               **DEFENDANTS**

### MOTION FOR EXTENSION OF TIME TO FILE ANSWER

**COME NOW** Defendants Eric Sloan, in his Individual Capacity, and Monroe County, Mississippi, and pray that this Court grant an extension through and including March 16, 2016, to file an answer or file a responsive pleading to Plaintiff's Complaint [Doc. 1], to-wit:

1. The undersigned counsel for Defendants was only recently retained and requires additional investigation and assessment of the record prior to filing an answer or responsive pleading as required by the *Federal Rules of Civil Procedure*.

2. Defendant Eric Sloan's answer was due February 19, 2016, and Defendant Monroe County, Mississippi's answer was due February 24, 2016.

3. An extension of the deadline to file an answer or responsive pleading to March 16, 2016, will not cause an undue hardship or prejudice the interest of any party.

4. Counsel for the Plaintiff has been contacted and has no objection to the extension of time.

5. Movant requests that they be relieved from the requirement of submitting a separate memorandum brief under Uniform Local Rule 7.2, as the instant motion is self-explanatory and the requested relief is consistent with the *Federal Rules of Civil Procedure.*

**WHEREFORE,** Defendants pray that the Court enlarge the deadline for them to file an answer or responsive pleading to Plaintiff's Complaint to March 16, 2016.

**RESPECTFULLY SUBMITTED** this 25th day of February, 2016.

**GRIFFITH & CARR**

By: */s/ Daniel J. Griffith*
    Daniel J. Griffith, MSB #8366
    Attorney for Defendants Eric Sloan, in his Individual
    Capacity, and Monroe County, Mississippi

Of Counsel:

**GRIFFITH & CARR**
123 South Court Street
P. O. Drawer 1680
Cleveland, MS 38732
Telephone: 662-843-6100
Facsimile: 662-843-8153
Email: danny@griffithlaw.net

## CERTIFICATE OF SERVICE

I, Daniel J. Griffith, counsel for Defendants, Eric Slaon, in his Individual Capacity, and Monroe County, Mississippi in the above case, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Motion for Time to Answer* to be delivered by ECF filing system to:

Jim D. Waide, III, Esq.
WAIDE & ASSOCIATES, PA
P. O. Box 1357
Tupelo, MS 38802-1357
Phone: 662-842-7324
Fax: 662-842-8056
Email: waide@waidelaw.com

**FILED** this 25th day of February, 2016.

                                                  */s/ Daniel J. Griffith*
                                                 Daniel J. Griffith