## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**CYNTHIA VERDISE FULLER**                                                  **PLAINTIFF**

**V.**                                                          Civil Action No.: l:16-CV14-NBB-DAS

**ERIC SLOAN, In his Individual Capacity, and**
**MONROE COUNTY, MISSISSIPPI**                              **DEFENDANTS**

---

### UNOPPOSED MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
---

     **COME NOW**, Plaintiff Cynthia Fuller, by and through counsel, and respectfully moves the Court for additional time within which to respond to Defendant's Motion for Summary Judgment and would show unto the Court as follows:

    1. Defendant's Motion for Summary Judgment was filed on January 24, 2017. Plaintiff's response is therefore due on February 7, 2017.

    2. Due to numerous other matters and commitments, Plaintiff's counsel will have insufficient time to prepare Plaintiff's Response to the pending Motion.

    3. Counsel requests a fourteen (14) day extension, until and including February 21, 2017, in which to file Plaintiff's Response to Defendant's Motion.

    4. Granting Plaintiff's request for additional time to respond to Defendant's Motion will not delay this matter.

    5. Plaintiff's counsel has conferred with counsel for Defendant and is advised that Defendant has no objection to the requested extension of time.

     **WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests the Court to grant her until and including February 21, 2017, in which to respond to Defendant's Motion

for Summary Judgment. Plaintiff further request such other and more general relief to which she is entitled.

   **RESPECTFULLY SUBMITTED**, this the 6th day of February, 2017.

            **MCLAUGHLIN LAW FIRM**


         By: <u>/s R. Shane McLaughlin</u>
            R. Shane McLaughlin (Miss. Bar No. 101185)
            Nicole H. McLaughlin (Miss. Bar No. 101186)
            338 North Spring Street, Suite 2
            P.O. Box 200
            Tupelo, Mississippi 38802
            Telephone: (662) 840-5042
            Facsimile: (662) 840-5043
            E-mail: rsm@mclaughlinlawfirm.com

            **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that I have this day electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification to the following:

**Jim Waide**
**Waide & Associates, PA**
**Post Office Box 1357**
**Tupelo, Mississippi 38802**
**waide@waidelaw.com**

**Daniel J. Griffith**
**Griffith & Carr**
**Post Office Box 1680**
**Cleveland, Mississippi 38732**
**danny@griffithcarr.com**

This, the 6th day of February, 2017.

/s R. Shane McLaughlin