IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CYNTHIA VERDISE FULLER                                                          PLAINTIFF

v.                                                          CIVIL ACTION NO. 1:16-CV-014-NBB-DAS

ERIC SLOAN and
MONROE COUNTY, MISSISSIPPI                                                DEFENDANTS

**JUDGMENT DISMISSING ACTION
BY REASON OF SETTLEMENT**

The court has been informed by counsel that this case has been settled or is in the process of being settled. It is therefore not necessary that the case remain upon the calendar of the court.

**IT IS THEREFORE ORDERED** that the above styled and numbered case is **DISMISSED without prejudice.** The court retains jurisdiction for thirty days to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

**THIS,** the 30th day of March, 2017.

                                             /s/ Neal Biggers
                                             **NEAL B. BIGGERS, JR.**
                                             **UNITED STATES DISTRICT JUDGE**